UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PAYTON GREEN                     *
        Petitioner               *
                              *
      v.                         *       CIVIL NO. L-09-1442
                              *       CRIM. NO. L-05-0088
UNITED STATES OF AMERICA,   *
        Respondent           *
                            *******

## MEMORANDUM

Now pending is pro se petitioner Payton Green's Motion for a Certificate of Appealability ("COA"). Docket No. 105. Green seeks to appeal the Court's Order of May 13, 2010, in which the Court denied Green's Motion for Reconsideration of the Court's ruling on his Motion for Relief pursuant to 28 U.S.C. § 2255.

A COA may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This requires Green to demonstrate that "reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings were also either debatable or wrong." United States v. Hinton, 120 Fed. Appx. 462, 464 (4th Cir. 2005) (citing Miller-El v. Cockrell, 537 U.S. 322, 338 (2003)).

Green offers no reasons why he is entitled to a COA. Having reviewed the record on the relevant motions, the Court concludes that Green cannot make a "substantial showing" that his constitutional rights were denied. Accordingly, the Court will, by separate Order of even date, DENY the motion. The Clerk is DIRECTED to CLOSE the case.

1

Dated this  11th  day of August, 2010            _____/s/_____
                                                          Benson Everett Legg
                                                          United States District Judge